UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| DEBORAH JOHNSTON, | ) | |
| | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | Case No. |
| v. | ) | |
| | ) | JURY TRIAL DEMANDED |
| ASCENDIUM EDUCATION | ) | |
| SOLUTIONS, INC., | ) | |
| | ) | |
| Defendant. | ) | |

**NOTICE OF REMOVAL**

COMES NOW Defendant Ascendium Education Solutions, Inc., defendant in the above-entitled action, and hereby represents to the Court as follows:

1. On or about July 27, 2026, Plaintiff in the above-captioned action instituted a civil action against Removal Petitioner, Ascendium Education Solutions, Inc. ("Ascendium") in the Eleventh Judicial Circuit, Circuit Court of St. Charles County, Missouri.

2. Plaintiff filed a Petition with the Circuit Court of St. Charles County and requested the issuance of a summons. The summons and petition are attached hereto as "Attachment 1" and by this reference incorporated herein.

3. Plaintiff alleges she suffered damages as a result of Ascendium's violation of provisions of the Fair Debt Collection Practices Act, 15 U.S.C. § 1692 *et seq.* (Petition, ¶ 20).

4. On or about August 6, 2026, Ascendium was served with a summons issued by the Clerk of the Circuit Court of St. Charles. (The summons return was not in the state court file).

5. As more fully appears from the Petition, this action is a civil action which invokes a federal question, namely the application of the Fair Debt Collection Practices Act. 15 U.S.C. § 1692 *et seq.* Because Plaintiff's Petition involves a federal question, removal is proper. 28 U.S.C.

1

§ 1331.

6.      As Plaintiff's Petition asserts claims under the Fair Debt Collection Practices Act. 15 U.S.C. § 1681 *et seq.*, this Court has jurisdiction under 28 U.S.C. § 1331, which provides: "The district courts shall have original jurisdiction of all civil actions arising under the Constitution, laws or treaties of the United States." *Id.*

7.      This Petition is filed within 30 days upon which the Summons was served upon Ascendium,said action was also filed within the time allowed Petitioner under applicable provisions of 28 U.S.C. § 1446, in which to file this Petition for the removal of said action from the Circuit Court of St. Charles County, Missouri to this United States District Court.

8.      A copy of the State Court file, docket sheet, Petition, summons, motion for appointment of process server is attached hereto as "Attachment 1," and constitutes a true and correct copy of all process, pleadings and orders now on file in the Circuit Court of St. Charles County.

WHEREFORE, Petitioner/Removal Defendant Ascendium Education Solutions, Inc. prays that its Petition for Removal be granted, and that the action be removed in its entirety from the Circuit Court of St. Charles County, Missouri to the United States District Court for the Eastern District of Missouri, as provided by law.

BUTSCH ROBERTS & ASSOCIATES LLC


By:   /s/ David T. Butsch
    David T. Butsch #37539MO
    Christopher E. Roberts #61895MO
    7777 Bonhomme Ave., Suite 1300
    Clayton, MO 63105
    (314) 863-5700 (telephone)
    (314) 863-5711 (fax)
    Butsch@ButschRoberts.com
    Roberts@ButschRoberts.com

    Attorneys for Defendant Ascendium Education
    Services, Inc.


CERTIFICATE OF SERVICE

The undersigned certifies that a copy of the foregoing was mailed, first class U.S. mail, postage prepaid, to: Raymond J. Whitehill II, 1521 Boone's Lick Road, St. Charles, MO 63301 and was also sent by email to: rwhitehill@pontellolaw.com, this 10th day of August, 2026.


    /s/ David T. Butsch


3