Case.net:2611-AC07282 - DEBORAH JOHNSTON V ASCENDIUM EDUCATION SOLUTIONS, (E-CASE) - Docket Entries

---

| **Respond to Selected Documents** |          **Sort by date:** Descending Ascending          **Display options:** All Entries  ⌄

**07/29/2026**

**Summons Issued-Associate**

Document ID: 26-ADSM-6518, for ASCENDIUM EDUCATION SOLUTIONS, INC. SUMMONS SAVED AND ATTACHED IN PDF FORM FOR ATTORNEY TO RETRIEVE FROM SECURE CASE.NET. MLS

**Judge/Clerk - Note**

SPECIAL PROCESS SERVER CANNOT BE APPROVED AT THIS TIME. BEGINNING MAY 1, 2024, EVERY REQUEST FOR APPOINTMENT OF SPECIAL PROCESS SERVER MUST HAVE AN AFFIDAVIT ATTACHED STATING THE SERVER QUALIFIES PER THE RULE. THE AFFIDAVIT AND NOTICE ARE ON THE COURTS WEBSITE. MLS

**Civil Setting Scheduled**


Scheduled For: 09/01/2026; 9:00 AM; VINCENT JOHNSON; St Charles Circuit Div

**07/27/2026**

**Filing Info Sheet eFiling**


**Filed By:** RAYMOND JAMES WHITEHILL

**Motion Special Process Server**

Motion for Special Process Server.
**Filed By:** RAYMOND JAMES WHITEHILL
**On Behalf Of:** DEBORAH JOHNSTON

**Pet Filed in Associate Ct**

Petition.
**Filed By:** RAYMOND JAMES WHITEHILL
**On Behalf Of:** DEBORAH JOHNSTON



# Associate Division Summons

IN THE 11TH JUDICIAL CIRCUIT, ST. CHARLES COUNTY, MISSOURI

| Judge or Division:<br>VINCENT JOHNSON | Case Number:<br>2611-AC07282 | |
|---|---|---|
| Plaintiff/Petitioner:<br>DEBORAH JOHNSTON<br><br>vs. | Plaintiff's/Petitioner's Attorney/Address:<br>RAYMOND JAMES WHITEHILL<br>1521 BOONES LICK ROAD<br>ST. CHARLES, MO  63301<br>(636) 896-4170 | |
| Defendant/Respondent:<br> ASCENDIUM EDUCATION<br>SOLUTIONS, INC. | Date, Time and Location of Court Appearance:<br>**TUESDAY**<br>**01-SEP-2026, 09:00 AM** | (Date File<br>Stamp for<br>Return) |
| Nature of Suit:<br>AC Misc Associate Civil-Other | **DIVISION 16 COURTROOM**<br>**300 N 2ND STREET**<br>**SAINT CHARLES, MO  63301** | |

**The State of Missouri to:**    ASCENDIUM EDUCATION SOLUTIONS, INC.
**Alias:**
**38 BUTTONWOOD COURT**
**MADISON, WI  53718**

**Other Addresses:**

You are summoned to appear before this court on the date, time, and location above to answer the attached petition. If you fail to do so, judgment by default will be taken against you for the relief demanded in the petition. You may be permitted to file certain responsive pleadings, pursuant to chapter 517, RSMo. Should you have any questions regarding responsive pleadings in this case you should consult an attorney.

**If you have a disability requiring special assistance for your court appearance, please contact the court at least 48 hours in advance of scheduled hearing.**

*COURT SEAL OF*



*ST. CHARLES COUNTY*

| 29-JUL-2026 | /S/ CHERYL CROWDER |
|---|---|
| Date | Clerk |

**Further Information:**

**Case Number: 2611-AC07282**

## Officer's or Server's Return

**Note to serving officer**: Service must not be made less than 10 days nor more than 60 days from the date the defendant/respondent is to appear in court. Service should be returned to the court within 30 days after the date of issue.

I certify that I have served the above Summons by: (check one)

☐ delivering a copy of the summons and petition to the defendant/respondent.

☐ leaving a copy of the summons and petition at the dwelling house or usual place of abode of the

defendant/respondent with _____, a person at least 18 years of age

residing therein.

☐ (for service on a corporation) delivering a copy of the summons and petition to:

_____ (name) _____ (title).

☐ other: _____.

Served at _____ (address)

in _____ (County/City of St. Louis), MO, on _____ (date)

at _____ (time).

_____          _____
         Printed Name of Officer or Server                              Signature of Officer or Server

**Must be sworn before a notary public if not served by an authorized officer.**
Subscribed and sworn to before me on _____ (date).

*(Seal)*          My commission expires: _____ _____
                                                              Date                          Notary Public

A copy of the summons and petition must be served on **each** defendant/respondent. For methods of service on all classes of suits, see Supreme Court Rule 54.

STATE OF MISSOURI                        )
                                         ) ss.
ST. CHARLES COUNTY, MISSOURI             )

### IN THE ELEVENTH JUDICIAL CIRCUIT, STATE OF MISSOURI

### NOTICE OF ALTERNATIVE DISPUTE RESOLUTION SERVICES

Pursuant to Missouri Supreme Court Rule 17, the Circuit Court of St. Charles County, Missouri (Eleventh Judicial Circuit) has adopted a local rule to encourage voluntary alternative dispute resolution.  The purpose of the rule and the program it establishes is to foster timely, economical, fair and voluntary settlements of lawsuits without delaying or interfering with a party's right to resolve a lawsuit by trial.

This program applies to all civil actions other than cases in the small claims, probate and family court divisions of the Circuit Court, and you are hereby notified that it is available to you in this case.

The program encourages the voluntary early resolution of disputes through mediation. Mediation is an informal non-binding alternative dispute resolution process in which a trained mediator facilitates discussions and negotiations among the parties to help them resolve their dispute.  The mediator is impartial and has no authority to render a decision or impose a resolution on the parties.   During the course of the mediation, the mediator may meet with the parties together and separately to discuss the dispute, to explore the parties' interests, and to stimulate ideas for resolution of the dispute.

A list of mediators approved by the court and information regarding their qualifications is kept by the Circuit Clerk's Office.  If all parties to the suit agree to mediation, within ten days after they have filed the Consent to Mediation Form on the reverse side of this page with the Clerk of the Court, they shall jointly select from that list a mediator who is willing and available to serve.  If the parties cannot agree upon the mediator to be selected, the Court will make the selection.

The full text of the Circuit Court's local court rules, including Rule 38 Alternative Dispute Resolution, is available from the Clerk of the Circuit Court or at: http://www.courts.mo.gov/hosted/circuit11/Documents/LOCAL_COURT_RULES.pdf

A copy of this Notice is to be provided by the Clerk of the Circuit Court to each of the parties initiating the suit at the time it is filed, and a copy is to be served on each other party in the suit with the summons and petition served on that party.

STATE OF MISSOURI                         )
                                          ) ss.
ST. CHARLES COUNTY, MISSOURI              )

IN THE ELEVENTH JUDICIAL CIRCUIT, STATE OF MISSOURI

_____ )
                    Plaintiff(s),   )
                                    )
vs.                                 )          Cause #_____
                                    )
_____ )
                   Defendant(s).  )

## CONSENT TO MEDIATION FORM

I, the undersigned counsel of record in this case, hereby certify that I have discussed the subject of mediation under the Court's Alternative Dispute Resolution Program with my client(s) in this case and that:

_____ We believe that mediation would be helpful in this case and consent to the referral of the case to mediation upon the filing of similar consents by all other parties in the case.

_____ We do not consent to the referral of this case to mediation.

_____
Signature

_____
(Print Name)

Attorney for:

_____
(Party or Parties)

Date: _____

**2611-AC07282**

Electronically Filed - ST CHARLES CIRCUIT DIV - July 27, 2026 - 01:54 PM

IN THE CIRCUIT COURT
SAINT CHARLES COUNTY
STATE OF MISSOURI
ASSOCIATE DIVISION

|  |  |  |
|---|---|---|
| **DEBORAH JOHNSTON,** | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | Cause No. |
| v. | ) | |
| | ) | Division |
| **ASCENDIUM EDUCATION SOLUTIONS, INC.** | ) | |
| | ) | |
| | ) | |
| Serve at: | ) | |
| 38 Buttonwood Court | ) | |
| Madison , WI, 53718 | ) | |
| | ) | |
| | ) | |
| Defendant. | ) | **JURY TRIAL DEMANDED** |

## PETITION

COMES NOW, Plaintiff, Debborah Johnston, and for her Petition states as follows:

## INTRODUCTION

1. This is an action for statutory damages brought by an individual consumer for violations of the Fair Debt Collections Practices Act, 15 USC 1692 *et. Seq.* ("FDCPA"), which prohibits debt collectors from engaging in abusive, deceptive, and unfair practices.

2. Plaintiff demands a trial by jury on all issues so triable.

## JURISDICTION

3. This Court has jurisdiction of the FDCPA claim under 15 USC § 1692k(d) because the illicit collection activity was directed at Plaintiff in St. Charles County, Missouri.

## PARTIES

Electronically Filed - ST CHARLES CIRCUIT DIV - July 27, 2026 - 01:54 PM

4.      Plaintiff is a natural person currently residing in St. Charles County, Missouri. Plaintiff is a "consumer" within the meaning of the FDCPA.  The alleged debt Plaintiff owes arises out of consumer, family, and household transactions.

5.      Specifically, Plaintiff believes the alleged debt arose from Student Loans.

6.      Defendant is a foreign corporation with its principal place of business in Madison, WI.  The principal business purpose of Defendant is the collection of debts in Missouri and nationwide, and Defendant regularly attempts to collect debts alleged to be due another.

7.      Defendant is engaged in the collection of debts from consumers using the mail and telephone.  Defendant is a "debt collector" as defined by the FDCPA. 15 U.S.C. §1692a (6).

## FACTS

8.      Defendant's collection activity of which Plaintiff complains occurred within the previous twelve (12) months.

9.      Defendant's collection activity consisted of letters to Plaintiff.

10.     On or about September 3, 2025, Defendant sent Plaintiff a collection letter.

11.     The September 3, 2025 letter included the account number 26022404 and indicated that Plaintiff's alleged loan is "several payments past due" further asking for Plaintiff to contact Defendant about "repayment plan options" for further attempts to collect the alleged debt.

12.     On or about December 12, 2025 Plaintiff sent cease and desist letter to Defendant via email including a written demand for validation and verification of the alleged debt.

13.     On or about December 16, 2025, Defendant sent another collection letter in further attempts to collect the alleged debt further stating "a member of our team will be calling you soon" for further attempts to collect the alleged debt.

Electronically Filed - ST CHARLES CIRCUIT DIV - July 27, 2026 - 01:54 PM

14.   Furthermore, Defendant failed to provide verification or validation of the alleged debt attempting to collect on both the unverified debt and alleged interest that has accumulated.

15.   On several occasions after being told that Plaintiff had an attorney the Defendant contacted Plaintiff to collect the debt.

16.   The Student Loan at issue in this case was part of a previous Chapter 13 Bankruptcy and was discharged in said Bankruptcy.

17.   Defendant's collection activity was illicit because it was a Discharged debt.

18.   Defendant's representations regarding the status, amount, owed, and interest of the alleged debt were false and misleading

### COUNT I: VIOLATION OF THE FDCPA

19.   Plaintiff re-alleges and incorporates by reference all of the above paragraphs.

20.   In its attempt to collect the alleged debt from Plaintiff, Defendant has committed violations of the FDCPA, 15 U.S.C. 1692 et. seq., including, but not limited to, the following:

a.    Engaging in deceptive, harassing, and unfair conduct in the collection of a debt, 15 U.S.C. § 1692d-f.

b.    Attempting to collect a debt it knew or should have known was no longer valid. 15 U.S.C. § 1692d-f.

c.    Defendant continued debt collection communications with Plaintiff after a cease and desist request and attorney representation were prohibited communications in violation of 15 U.S.C. §1692c(c).

**WHEREFORE**, Plaintiff respectfully requests that judgment be entered against Defendant for:

A.    Judgment that Defendant's conduct violated the FDCPA;

B.      Actual damages;

C.      Release of the alleged debt;

D.      Statutory damages, costs and reasonable attorney's fees pursuant to 15 U.S.C. 1692(k); and

E.      For such other relief as the Court may deem just and proper.

Respectfully submitted by,

Pontello, Bressler, Norwood & Associates, LLC

_/s/ Raymond Whitehill II_____
Raymond J. Whitehill II #75807
Dominic M. Pontello, #60947
Attorney for Plaintiff
1521 Boone's Lick Road
St. Charles, MO  63301
(636) 896-4170
rwhitehill@pontellolaw.com

Electronically Filed - ST CHARLES CIRCUIT DIV - July 27, 2026 - 01:54 PM

Electronically Filed - ST CHARLES CIRCUIT DIV - July 27, 2026 - 01:54 PM

**2611-AC07282**



## IN THE ELEVENTH JUDICIAL CIRCUIT, ST CHARLES COUNTY, MISSOURI

| Judge or Division: | Case Number: |
|---|---|
| Plaintiff:<br>DEBORAH JOHNSTON | Defendant:<br>ASCENDIUM EDUCATION SOLUTIONS, INC.<br><br>(Date File Stamp) |

## REQUEST FOR APPOINTMENT OF SPECIAL PROCESS SERVER

Comes now __Deborah Johnston_____, pursuant to Local Court Rule 4.2.1 and at

his/her/its own risk, requests the appointment of:

Gregg Investigations, Inc.        2810 Crossroads Dr., Suite 4000 Madison, Wisconsin 53718        (608) 755-1976

Name of Process Server                    Address                    Telephone

_____

Name of Process Server                    Address                    Telephone

a person(s) of lawful age to serve the summons and petition in this cause on the below named parties.

This appointment as special process server does not include the authorization to carry a concealed

weapon in the performance thereof.

**SERVE:**                                    **SERVE:**

Ascendium Education Solutions, Inc._____        _____

Name                                        Name

38 Buttonwood Court_____        _____

Address                                        Address

Madison , WI, 53718_____        _____

City/State/Zip                                City/State/Zip

**Appointed as requested:**

**Cheryl Crowder,**

**Circuit Clerk**

**By** _____        **Date** _____

Deputy Clerk

CIV030

Electronically Filed - ST CHARLES CIRCUIT DIV - July 27, 2026 - 01:54 PM

CIV030