UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

DEBORAH JOHNSTON,  )
 )
 )
 Plaintiffs,  )
 )   Case No.  4:26-cv-01277
v.  )
 )   (St. Charles County no. 2611-AC07282)
ASCENDIUM EDUCATION  )
SOLUTIONS, INC.,  )
 )
 Defendant.  )

### NOTICE TO STATE COURT OF FILING OF REMOVAL

To:   Cheryl Crowder, Clerk of the Circuit Court
 Eleventh Judicial Circuit
 St. Charles County, Missouri

Defendant Ascendium Education Solutions, Inc., in the above-entitled cause, respectfully advises

the Court that they have, this 10th day of August, 2026, filed in the United States District Court

for the Eastern District of Missouri, their Notice of Removal of the above-entitled cause from the

Circuit Court of St. Charles County, State of Missouri, Cause No. 2611-AC07282, Division 16,

to the United States District Court for the Eastern District of Missouri, Eastern Division. A true

and correct copy of the Notice of Removal, together with all the exhibits thereto is attached

hereto and made part hereof by reference and is hereby delivered to and filed with you.

**BUTSCH ROBERTS & ASSOCIATES LLC**


By: /s/ David T. Butsch
    David T. Butsch #37539
    Christopher E. Roberts #61895
    7777 Bonhomme Ave., Suite 1300
    Clayton, MO 63105
    (314) 863-5700 (telephone)
    (314) 863-5711 (fax)
    butsch@butschroberts.com
    roberts@butschroberts.com

    Attorneys for Defendants

## CERTIFICATE OF SERVICE

I hereby certify that on August 10, 2026, a copy of the foregoing was filed electronically with the Clerk of the Court to be served by operation of the Court's electronic filing system upon all counsel of record.

    /s/ David T. Butsch



FILED

AUG 1 1 2026

CIRCUIT CLERK
ST. CHARLES COUNTY

**CLERK'S CERTIFICATION**

I hereby certify that a copy of the Notice of Removal in the above-styled action has been

filed in the Circuit Court of St. Louis County, Twenty-First Judicial Circuit, State of Missouri on

this 10th day of August, 2026.

*Cheryl Crowder*

Circuit Clerk

*Deputy Clerk*

Seal:



Electronically Filed - ST CHARLES CIRCUIT DIV - August 10, 2026 - 04:05 PM